HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KEAKO JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00091-EPG |
| Plaintiff, | REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C. § 4285; ORDER |
| vs. | |
| KEAKO JONES, | |
| Defendant. | |

Ms. Jones, through her undersigned counsel, hereby requests, pursuant to 18 U.S.C. § 4285, that this Court direct the United States Marshal to furnish her with the cost of travel, by car, from Fresno, California, to San Diego, California, so that she may attend Court in the Southern District of California.  Ms. Jones has been found indigent and eligible for appointed counsel in the case against her.  Pursuant to this Court's order, Ms. Jones must appear in federal court in the Southern District of California, in San Diego, California, no later than June 30, 2022. *See* ECF Dkt. # 5.  Given that Ms. Jones lacks the financial resources to provide the necessary transportation to appear at her required court hearing, the interests of justice are served by directing the United States Marshal to furnish the cost of Ms. Jones' transportation to her court appearance in San Diego.

Additionally, consistent with 18 U.S.C. § 4285, Ms. Jones requests that the United States Marshal furnishes her with an amount of money for subsistence expenses to San Diego, not to

exceed the amount authorized as a per diem allowed for travel under 5 U.S.C. § 5702(a).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 17, 2022                    */s/ Christina M. Corcoran*
                                       CHRISTINA M. CORCORAN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       KEAKO JONES

# **O R D E R**

Pursuant to 18 U.S.C. § 4285, the Court directs the United States Marshal to furnish Keako Jones with the cost of travel from Fresno, California, to San Diego, California, so that she may attend court in the Southern District of California, San Diego, as directed, no later than June 30, 2022. Additionally, the United States Marshal shall provide Ms. Jones with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

IT IS SO ORDERED.

Dated:   **June 21, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

Keako Jones: Request for Travel Assistance